**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 540 WAL 2014
                                :
           Respondent     :
                                : Petition for Allowance of Appeal from the
                                : Order of the Superior Court
          v.                   :
                                :
                                :
ROBIN HICKMAN,                :
                                :
           Petitioner        :


## **ORDER**


**PER CURIAM**

      **AND NOW**, this 3rd day of March, 2015, the Petition for Allowance of Appeal is

**DENIED**.